UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN E. SAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHELEEN ALLISON, ET. AL,<br><br>　　　　Defendants. | Case No.  1:21-CV-01284-HBK (PC)<br><br>ORDER VACATING ORDER GRANTING *IN FORMA PAUPERIS* MOTION<br><br>Doc. No. 5. |

　　　This matter comes before the Court upon re-review of the file. On August 25, 2021 the Court issued an order granting Plaintiff's motion for leave to proceed *in forma pauperis.* (Doc. No. 5). Upon re-review of Plaintiff's *in forma pauperis* motion, the Court notes that Plaintiff's average deposits are $605.72, and his average balance is $910.00. (Doc. No. 2 at 5). Plaintiff appears to have recently received a $1,400.00 stimulus check in his inmate account. (*Id.* at 4).

　　　ACCORDINGLY, it is ORDERED:

　　　The Court's August 25, 2021 Order (Doc. No. 5) is **vacated**.


Dated:　__August 26, 2021__　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE